IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01255-RPM

VERNA SUE PERRY,

        Plaintiff,

v.

OFFICER SHAWN OLIVETT, #0201, in her individual and official capacity,
OFFICER JOE THOMAS, #0203, in his individual and official capacity,
OFFICER STEVE VAN DE WEERT, #0202, in his individual and official capacity, and
THE CITY OF EDGEWATER, COLORADO,

        Defendants.

---

ORDER DENYING MOTION TO CLOSE COURT PROCEEDINGS TO THE PUBLIC

    The Court having considered the motion of Defendants City of Edgewater, Joe Thomas and Steve Van de Weert to close court proceedings, filed on July 1, 2005, it is

    ORDERED that the Motion to Close Court Proceedings to the Public is denied.

    DATED: July 5th, 2005.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge