IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01255-RPM

VERNA SUE PERRY,

        Plaintiff,

v.

OFFICER SHAWN OLIVETT, #0201, in her individual and official capacity,
OFFICER JOE THOMAS, #0203, in his individual and official capacity,
OFFICER STEVE VAN DE WEERT, #0202, in his individual and official capacity, and
THE CITY OF EDGEWATER, COLORADO,

        Defendants.

---

ORDER OF DISMISSAL

---

Pursuant to the Amended Stipulation for Dismissal of Defendants Olivett, Thomas, and Van De Weert with Prejudice, filed on August 3, 2005, and the Stipulation for Dismissal of Defendant City of Edgewater with Prejudice, filed on August 4, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: August 4, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge